IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 15 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| RODERICK D. MARKS, SR., ) | |
| ) | Cause No.: 5:11CV319DPM |
| Plaintiff, ) | Division: |
| ) | |
| vs. ) | |
| ) | FELA – Personal Injuries |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |

This case assigned to District Judge Marshall
and to Magistrate Judge Kearney

**COMPLAINT**

Plaintiff Roderick D. Marks, Sr., by and through counsel, Schlichter, Bogard & Denton LLP and Banks Law Firm, PLLC., states as follows for his Complaint against Defendant Union Pacific Railroad Company:

**Jurisdiction**

1. This action arises under the Federal Employers' Liability Act ("FELA"), 45 U.S.C. § 51 *et seq.*

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331.

**Venue**

3. Venue of this action properly lies in the United States District Court for the Eastern District of Arkansas, Pine Bluff Division, pursuant to 28 U.S.C. § 1391(b), because:

   (a) The Defendant resides within this district;

   (b) A substantial part of the events or omissions giving rise to the claims occurred within this district; and,

   (c) The Defendant may be found within this district.

## Parties

4. Plaintiff Marks, a train service employee of Defendant, was working in furtherance of Defendant's interstate transportation and commerce at the time of his injury on or about June 5, 2010.

5. Defendant is a foreign corporation which is authorized by law to, and does, operate a business by railroad in several states, including the State of Arkansas, and is engaged in interstate transportation and commerce.

## COUNT I - FELA

6. On or about June 5, 2010, Plaintiff was required to operate a pin lifter in the normal course of his duties as an employee of Defendant in Pine Bluff, Arkansas, causing him to sustain injuries that were caused by one or more of the following acts of negligence of the Defendant acting through its agents, servants, or employees, singularly or in combination:

   a. It failed to provide the plaintiff with a reasonably safe place to work;

   b. It failed provide the plaintiff with reasonably safe conditions to work;

   c. It failed to provide the plaintiff with reasonably safe equipment for work;

   d. It failed to adequately inspect and maintain its equipment; and,

   e. It violated the provisions of the Safety Appliance Act, 49 U.S.C. § 20301, *et seq*, including but not limited to § 20302(a)(1)(A), constituting negligence *per se*.

7. As a result, in whole or in part, of one or more of these negligent acts or omissions Plaintiff has suffered painful, progressive, permanent and disabling injuries to his left shoulder and upper extremity; he has sustained injuries to the soft tissues, ligaments, tendons, muscles, blood vessels and nerves of his left shoulder and upper extremity, which has required surgical intervention; he has been caused to undergo severe pain and suffering; he has suffered psychological and emotional injury, mental anguish and anxiety and will continue to suffer psychological and emotional injury, mental anguish and anxiety in the future; has suffered and

will continue to suffer severe pain with limitation of movement and function and loss of full use of his left shoulder and upper extremity; he has been required to undergo necessary medical, hospital and therapeutic care and treatment and will be required to undergo additional medical, hospital and therapeutic care and treatment in the future; he has incurred medical care and treatment expenses, and will continue to incur medical care and treatment expenses in the future; he has lost wages, benefits, and earning capacity and will continue to lose wages, benefits, and earning capacity in the future; all to his damage.

ACCORDINGLY, Plaintiff Roderick D. Marks, Sr. requests judgment against Defendant Union Pacific Railroad Company in a sum which is fair and reasonable in excess of $75,000.00, plus costs.

SCHLICHTER, BOGARD & DENTON

NELSON G. WOLFF
Fed #37998; ABN #2006002
SCHLICHTER, BOGARD & DENTON
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-7151 (fax)
nwolff@uselaws.com

And

Charles A. Banks
Robert Francis
BANKS LAW FIRM, PLLC
100 Morgan Keegan Dr., Ste. 100
Little Rock, AR 72202
(501) 280-0100
(501) 280-0166 (fax)
cbanks@bankslawfirm.us

ATTORNEYS FOR PLAINTIFF

**PLAINTIFF REQUESTS TRIAL BY JURY**