IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODERICK D. MARKS, SR.                                                    PLAINTIFF

v.                                    No. 5:11-cv-319-DPM

UNION PACIFIC RAILROAD COMPANY                                      DEFENDANT

## ORDER

The motion to reconsider, № 52, is granted. Dr. Bowen's affidavit, № 52-1 at 1-4, satisfies FED. R. EVID. 702 and creates a jury question about whether Marks's pulling the pin lifter was *a* cause of his shoulder problems. *CSX Transportation, Inc. v. McBride*, 131 S. Ct. 2630, 2636 (2011). One source of murkiness is that Marks oversold his claim with lots of talk of a traumatic injury. There was insufficient proof to create a jury issue on that claim before. There is insufficient proof of it now. Dr. Bowen's affidavit would support a reasonable fact finder in concluding that the incident aggravated Marks's pre-existing degenerative shoulder problems. № 52-1 at ¶¶ 20, 23. Nothing more. UP's counter-punching lands on the strength of Dr. Bowen's opinions about aggravation, not their admissibility. The Court vacates the part of its Order, № 51 at 10-13, granting UP's motion for summary judgment on the causation issue. UP's motion for summary judgment, № 23, is denied in full.

The Court appreciates the joint status report, № 53. The Third Amended Final Scheduling Order, № 50, is suspended for good cause. The Court will soon file an amended order with a prompt new trial date and pretrial dates. In the circumstances, the Court reopens discovery for sixty days. UP may promptly depose Dr. Bowen if it wishes to do so. In any event, Dr. Peeples may prepare a supplemental responding report and Marks may depose him—solely on any new opinions. All of this must be done before 1 January 2014. There will not be another round of dispositive motions. No Magistrate Judge will be available for a settlement conference because of the press of other business.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 October 2013