IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODERICK D. MARKS, SR.                                                          PLAINTIFF

v.                               No. 5:11-cv-319-DPM

UNION PACIFIC RAILROAD COMPANY                                     DEFENDANT

JUDGMENT

This case has settled. № 62 & 63. Marks's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2014